AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| ALLISON HETRICK, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| ASCEND LEARNING, LLC | ) |
| *Defendant* | ) |

Case No.    1:25-cv-10103-NMG

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Allison Hetrick, individually and on behalf of all others similarly situated                                    .

Date:    01/17/2025

/s/ William F. Sinnott
*Attorney's signature*

William F. Sinnott, Esquire, BBO# 547423
*Printed name and bar number*

Hinckley Allen & Snyder, LLP
28 State Street
Boston, MA 02109

*Address*

wsinnott@hinckleyallen.com
*E-mail address*

(617) 345-9000
*Telephone number*

(617) 345-9020
*FAX number*

## <u>CERTIFICATE OF SERVICE</u>

I, William F. Sinnott, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:    January 17, 2025              */s/ William F. Sinnott*
                                        _____
                                        William F. Sinnott