AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| ALLISON HETRICK, et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-10103-NMG |
| ASCEND LEARNING, LLC ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Allison Hetrick, individually and on behalf of all others similarly situated                    .

Date:   01/17/2025

/s/ B. Stephanie Siegmann
*Attorney's signature*

B. Stephanie Siegmann, Esquire, BBO# 638257
*Printed name and bar number*

Hinckley Allen & Snyder, LLP
28 State Street
Boston, MA 02109

*Address*

ssiegmann@hinckleyallen.com
*E-mail address*

(617) 345-9000
*Telephone number*

(617) 345-9020
*FAX number*

**CERTIFICATE OF SERVICE**

  I, B. Stephanie Siegmann, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 17, 2025         */s/ B. Stephanie Siegmann*
                            _____
                            B. Stephanie Siegmann