# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLISON HETRICK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>ASCEND LEARNING, LLC,<br><br>    Defendant. | Civil Action No. 1:25-cv-10103 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ELLIOT O. JACKSON ON BEHALF OF PLAINTIFFS**

William F. Sinnott, as a member in good standing of the Massachusetts Bar and of the Federal District Court of the District of Massachusetts, in accordance with Rule 83.5.3 of the Local Rules of the U.S. District Court for the District of Massachusetts, respectfully moves this Honorable Court for the admission of Elliot O. Jackson, Esquire, to practice law *pro hac vice* before this Court in this matter. As grounds, therefore, Attorney William F. Sinnott hereby certifies, and states as follows:

1. William F. Sinnott (the "Undersigned") is a member in good standing of the Massachusetts Bar and has been licensed to practice law before the Courts of the Commonwealth of Massachusetts since 1985;

2. The Undersigned is admitted to practice law before the Federal District Court for the District of Massachusetts;

3. The Undersigned intends to act as local counsel in this matter for Plaintiffs. As such, the Undersigned seeks to have Attorney Elliot O. Jackson admitted *pro hac vice* to serve as co-counsel for Plaintiffs;

4. Elliot O. Jackson, Esquire is a member in good standing of the bars for the State of Florida and New York and has been a member of such state bars since February 2022 and November 2023 respectively, *see* signed Certification of Attorney Elliot Jackson attached hereto as **Exhibit 1**;

5. Elliot O. Jackson, Esquire is a member in good standing of every jurisdiction where he has been admitted to practice law;

6. Elliot O. Jackson, Esquire has no disciplinary proceedings pending against him;

7. Elliot O. Jackson, Esquire has not previously had a *pro hac vice* admission (or other limited purpose admission) to this Court revoked for misconduct;

8. Elliot O. Jackson, Esquire, has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts; and

9. The address for Elliot O. Jackson, Esquire, is as follows:

> Elliot O. Jackson
> Florida Bar No. 1034536
> New York Attorney Reg. No. 6076798
> **HEDIN LLP**
> 1395 Brickell Avenue, Suite 610
> Miami, Florida 33131
> Telephone: (305) 357-2107
> Facsimile: (305) 200-8801
> ejackson@hedinllp.com

**WHEREFORE**, William F. Sinnott, Esquire, hereby moves this Honorable Court for the grant of an order allowing Elliot O. Jackson, Esquire, to appear *pro hac vice* in this matter.

> By: /s/ *William F. Sinnott*
> William F. Sinnott, BBO #547423
> HINCKLEY, ALLEN & SNYDER LLP
> 28 State Street
> Boston, MA 02109
> wsinnott@hinckleyallen.com
> Tel: (617) 345-9000
> Fax: (617) 345-9020
> ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, William F. Sinnott, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 23, 2025                              /s/ William F. Sinnott
                                                                        William F. Sinnott