UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLISON HETRICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ASCEND LEARNING, LLC,<br><br>Defendant. | Civil Action No. 1:25-cv-10103 |

**CERTIFICATION OF ELLIOT O. JACKSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* ON BEHALF OF PLAINTIFFS**

I, Elliot O. Jackson, in accordance with Local Rule 83.5.3 of the Local Rules of the U.S. District Court for the District of Massachusetts, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am an attorney at the law firm Hedin LLP and a member in good standing of the bars of Florida and New York;

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice;

3. I am not the subject of a disciplinary proceeding pending in any jurisdiction in which I am a member of the bar;

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and

5. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

Executed this 23rd day of January, 2025, in Miami, Florida.

*/s/ Elliott O. Jackson*

Elliott O. Jackson