UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLISON HETRICK, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>ASCEND LEARNING, LLC,<br><br>     Defendant. | Civil Action No. 1:25-cv-10103 |

## NOTICE OF APPEARANCE

 Tyler Somes, Esq., of the law firm Hedin LLP, enters his appearance as counsel of record for Plaintiff Allison Hetrick in these proceedings. All parties are requested to take notice of the undersigned's appearance and to serve all copies of all filings and other documents upon the undersigned.

Dated: February 16, 2025      Respectfully submitted,

            By: s/ *Tyler Somes*
              Tyler Somes

            Tyler Somes
            Hedin LLP
            1100 15th Street NW, St. 04-108
            Washington, DC 20005
            Phone: (202) 900-3332

            Counsel for Plaintiff and the Putative Classes