UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLISON HETRICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASCEND LEARNING, LLC,<br><br>Defendant. | Civil Action No. 1:25-CV-10103-NMG |

**CORPORATE DISCLOSURE STATEMENT OF ASCEND LEARNING, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Ascend Learning, LLC ("Ascend") by and through its undersigned counsel, hereby states as follows:

Ascend is a privately held limited liability company. Ascend is not a corporation and no publicly held corporation owns 10% or more of its stock.

Dated: March 11, 2025

Respectfully submitted,

ASCEND LEARNING, LLC,

By its attorneys,

*/s/ Jennifer L. Chunias*
Jennifer L. Chunias
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
T: 617.570.1000
F: 617.523.1231
JChunias@goodwinlaw.com

Mark David McPherson (pro hac vice application forthcoming)

GOODWIN PROCTER LLP
620 Eighth Avenue
New York, New York 10018
T: 212.813.8869
F: 212.202.4582
MMcPherson@goodwinlaw.com

## CERTIFICATE OF SERVICE

    I, Jennifer L. Chunias, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 11, 2025.

*/s/ Jennifer L. Chunias*
Jennifer L. Chunias