UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLISON HETRICK, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>ASCEND LEARNING, LLC,<br><br>   Defendant. | Civil Action No. 1:25-CV-10103-NMG |

### NOTICE OF APPEARANCE OF JENNIFER L. CHUNIAS

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Jennifer L. Chunias of Goodwin Procter LLP as counsel for Defendant Ascend Learning, LLC in the above-captioned matter.

Dated: March 11, 2025

Respectfully submitted,

*/s/ Jennifer L. Chunias*
Jennifer L. Chunias (BBO #644980)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
T:  617.570.1000
F:  617.523.1231
JChunias@goodwinlaw.com

*Counsel for Defendant Ascend Learning, LLC*

2

**CERTIFICATE OF SERVICE**

    I, Jennifer L. Chunias, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 11, 2025.

                                                */s/ Jennifer L. Chunias*
                                                Jennifer L. Chunias