# EXHIBIT A

Case 1:25-cv-10103-NMG    Document 18-1    Filed 03/17/25    Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLISON HETRICK, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ASCEND LEARNING, LLC,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 1:25-cv-10103-NMG |

**CERTIFICATION OF MARK DAVID MCPHERSON IN SUPPORT
OF MOTION FOR ADMISSION FOR *PRO HAC VICE***

Mark David McPherson deposes and says:

1. I am an attorney at Goodwin Procter LLP, resident in its New York, NY office, and one of the counsel for Defendant Ascend Learning, LLC ("Defendant") in this matter.

2. I am a member of the bar in good standing in every jurisdiction where I am currently admitted to practice. The jurisdictions in which I am admitted to practice are New York and California. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

1

2

I hereby certify on this 12th day of March, 2025, under penalties of perjury, that the foregoing is true and correct.

Dated: March 12, 2025

Respectfully submitted,

/s/ *Mark David McPherson*
Mark David McPherson
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8869
Fax: (212) 202-4582
MMcPherson@goodwinlaw.com

*Counsel for Defendant Ascend Learning, LLC*