**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ALLISON HETRICK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ASCEND LEARNING, LLC,

Defendant.

Civil Action No. 1:25-cv-10103-NMG

**ORAL ARGUMENT REQUESTED**

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6), Defendant Ascend Learning, LLC moves to dismiss Plaintiff Allison Hetrick's Complaint in its entirety. As grounds for this Motion, the Complaint should be dismissed for the reasons stated in the Memorandum of Law in Support of Defendant's Motion to Dismiss.

WHEREFORE, the Defendants respectfully request that this Court issue an Order dismissing the Complaint in its entirety, and granting such other and further relief as the Court deems just and proper.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendant requests oral argument on its Motion to Dismiss.

Dated: April 7, 2025

*/s/ Jennifer L. Chunias*
Jennifer L. Chunias
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
T: 617.570.1000
F: 617.523.1231
JChunias@goodwinlaw.com

Mark David McPherson (*pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, New York 10018
T: 212.813.8869
F: 212.202.4582
MMcPherson@goodwinlaw.com

Counsel for Defendant
Ascend Learning, LLC

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Jennifer L. Chunias, counsel for the Defendant in the above-captioned action, hereby certify that counsel for the Defendant conferred with counsel for the Plaintiff before filing this motion, but counsel for the parties were unable to reach agreement on this motion.

*/s/ Jennifer L. Chunias*
Jennifer L. Chunias

**CERTIFICATE OF SERVICE**

I, Jennifer L. Chunias, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 7, 2025.

*/s/ Jennifer L. Chunias*
Jennifer L. Chunias