UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLISON HETRICK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ASCEND LEARNING, LLC,<br><br>    Defendant. | Civil Action No. 1:25-CV-10103-NMG |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Allison Hetrick hereby moves the Court, with the assent of Defendant Ascend Learning, LLC, to extend its time to answer or otherwise respond to the Complaint in this matter up to and including May 12, 2025. As grounds for this Motion, Defendant states as follows:

1. On January 14, 2025, Plaintiff Allison Hetrick filed a Complaint against Defendant. *See* ECF No. 1.

2. Pursuant to Fed. R. Civ. P. 4 (d)(3), Defendant's deadline to respond to the Complaint was March 17, 2025.

3. With Plaintiff's assent, Defendant moved to extend the deadline to respond to the Complaint on March 11, 2025, until April 7, 2025. *See* ECF No. 14.

4. The Court granted Defendant's Assented-To Motion for Extension of Time to Respond to Plaintiff's Complaint on March 12, 2025, thereby resetting Defendant's answer deadline to April 7, 2025. *See* ECF No. 17.

5. Defendant filed its Motion to Dismiss on April 7, 2025.

6. Plaintiff's current deadline to respond to Defendant's Motion to Dismiss is April 21, 2025.

7. Plaintiff conferred with Defendant's counsel via email on April 8, 2025 regarding this request for an extension of time to oppose the Motion to Dismiss.

8. Defendant's counsel has indicated that Defendant does not oppose Plaintiff's request for an extension of time to oppose the Motion to Dismiss.

9. Good cause exists for granting this Motion in that Plaintiff requires additional time to adequately respond to the Motion to Dismiss filed on April 7, 2025, and a short extension of time will not cause undue delay, nor will it prejudice Defendant.

10. Plaintiff has not previously requested an extension of the deadline to respond to the Motion to Dismiss.

WHEREFORE, Plaintiff respectfully requests that the Court extend the time for Plaintiff respond to the Motion to Dismiss up to and including May 12, 2025.

Dated: April 9, 2025

Respectfully submitted,

By: /s/ *William F. Sinnott*

William F. Sinnott, BBO #547423
B. Stephanie Siegmann, BBO #638257
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
wsinnott@hinckleyallen.com
ssiegmann@hinckleyallen.com
Tel: (617) 345-9000
Fax: (617) 345-9020

Tyler K. Somes (*pro hac vice*)
District of Columbia Bar No. 90013925
Elliot O. Jackson (*pro hac vice*)

        Florida Bar No. 1034536
        HEDIN LLP
        1395 Brickell Ave., Suite 610
        Miami, Florida 33131-3302
        Telephone: (305) 357-2107
        Facsimile: (305) 200-8801
        tsomes@hedinllp.com
        ejackson@hedinllp.com

*Counsel for Plaintiff and Putative Class*

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff conferred with counsel for Defendant about the requested extension via email on April 8, 2025, and counsel for Defendant assented to the extension.

        */s/ Tyler Somes*
        Tyler Somes

## CERTIFICATE OF SERVICE

I, Tyler Somes, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 9, 2025.

        */s/ Tyler Somes*
        Tyler Somes