# EXHIBIT A







# Why ATI

## We're a company that's in good company.

We have a real understanding of what it takes to become a nurse. ATI Nursing Education began with the help of a nurse and many nurses are a valued part of our company today. We also have a real understanding for what it takes to pass high-stakes tests. We boast a team of people (graduate-degreed psychometricians) who specialize in tests.

Every nursing student is unique. Some are young. Some are middle-aged. Some are moms. Some are dads. Some are morning people. Some are night owls. Some learn by the book. Others learn best online – which you should know, we are the leader in online learning. Intuitively, ATI Nursing Education's learning systems are designed to teach the way individuals learn. Whether it's an RN or a PN program, we're with your students from the beginning of school through the beginning of their nursing career and it's done with the kind of personal, caring attention that's synonymous with nursing.

With our help, students garner great results in high-stakes test preparation, with pass rates closer to 100% than any other education system in the market. It's no surprise that we're the first choice for more nurse educators, universities and colleges nationwide.



WATCH VIDEO

Need help?

### BLOG

Find many resources, tips, and information for taking the TEAS, excelling in nursing school and passing NCLEX

LEARN MORE

### CONTACT US

We have a real understanding of what it takes to become a nurse and we are happy to answer your questions

LEARN MORE

### EVENTS

Find upcoming events and webinars for prospective and current nursing students

LEARN MORE

NURSING SCHOOL RESOURCES
PRIVACY
YOUR PRIVACY CHOICES
CALIFORNIA RESIDENTS PRIVACY NOTICE
DATA PRIVACY REQUEST
TERMS AND CONDITIONS
TECHNICAL REQUIREMENTS
SITEMAP
STORE
BECOME AN ATI AFFILIATE

f     🐦     ▶     in

Copyright © 2025 Assessment Technologies Institute®, LLC. All rights reserved.