# EXHIBIT B




NOT A STUDENT? VISIT THE EDUCATOR SITE ▶



# Anatomy and Physiology Online Practice Test

$49.99

ADD TO CART

## Test your A & P knowledge

### Anatomy and Physiology Online Practice Exam

This online practice exam for Anatomy and Physiology is designed to test your general knowledge. This test has 70 multiple-choice questions with a detailed score report following the practice exam. Objectives for this exam are based on a survey of over 114 Nurse Educators across the United States. This online practice exam is perfect for those students preparing to take the ATI TEAS or who just need some general review prior to nursing or allied health school.

Topic areas include: Cardiovascular System; Endocrine System; Fluids and Electrolytes/Acid-Base Balance; Gastrointestinal System; Hematological System; Immunological System; Integumentary System; Musculoskeletal System; Reproductive System; Respiratory System; Sensory and Neurological System; Urinary System.





## Features

Determine areas of A & P that need improvement by taking our online practice assessment

- ✔ 70 questions
- ✔ Based on 211 A & P objectives
- ✔ Assessment can be accessed 5 times
- ✔ Detailed performance reports for all 12 topic areas following the assessment

$49.99 | BUY NOW



VIEW ALL PRODUCT SOLUTIONS

