# EXHIBIT C

NOT A STUDENT? VISIT THE EDUCATOR SITE ▶



# Elevate your nursing journey with ATI

Unlock your potential with our comprehensive range of resources for TEAS, nursing school success, and NCLEX preparation. Explore now!

## Categories

- Most Popular
- TEAS Exam & Transcript
- TEAS Prep
- Nursing School Resources
- Review Modules
- Tutorials
- NCLEX Prep
- View All

Sort by: Price: High to Low



**VIRTUAL-ATI 2.0 NCLEX-RN REVIEW + BOARDVITALS**
**$567**

Personalized NCLEX prep with dedicated online coaching.

Add to cart    Learn more



**VIRTUAL-ATI 2.0 NCLEX-PN REVIEW + BOARDVITALS**
**$510**

Personalized NCLEX prep with dedicated online coaching.

Add to cart    Learn more



**RN Review Module Package - All 9 Review Modules**
**$450**

Gain access to 9 RN review books.

Add to cart    Learn more



**PN Review Module Package - All 8 Review Modules**
**$339**

Gain access to 8 PN review books.

Add to cart    Learn more



**ATI TEAS Comprehensive Study Package (eBook version)**
**$199**  $264  with coupon BoostComp65

Get access to everything including the Basic Package + the SmartPrep Tutorial.

Add to cart    Learn more



**ATI TEAS Comprehensive Study Package**
**$199**  $264  with coupon BoostComp65

Get access to everything including the Basic Package + the SmartPrep Tutorial.

Add to cart    Learn more

Need help?

### BoardVitals NCLEX Prep RN
**$159**

The BoardVitals NCLEX prep quiz bank includes more than 3,700 questions.

Add to cart | Learn more

### Pharmacology Made Easy 5.0
**$134**

Including 13 educational modules that address the effects of medications on the human body.

Add to cart | Learn more



### ATI TEAS SmartPrep 2.0 Tutorial + 90-Day App
**$129** ~~$189~~ with coupon BoostSmart60

Get the SmartPrep Tutorial and 90-day Mobile App.

Add to cart | Learn more



### Dosage Calculation and Safe Medication Administration 4.0
**$102**

Master pharmaceutical math skills with in-depth tutorials, engaging learning activities, assessment and case studies.

Add to cart | Learn more



### BoardVitals NCLEX Prep PN
**$95**

The BoardVitals NCLEX prep quiz bank includes more than 3,700 questions.

Add to cart | Learn more



### ATI TEAS Basic Package
**$95** ~~$110~~ with coupon BoostBasic15

Get access to 2 practice exams, 1 A&P practice test, study guide, and 90-day Mobile App.

Add to cart | Learn more

### ATI TEAS Basic Package (eBook version)
**$95** ~~$110~~ with coupon BoostBasic15

Get access to 2 practice exams, 1 A&P practice test, study guide, and 90-day Mobile App.

Add to cart | Learn more

### RN Adult Medical Surgical Nursing Edition 12.0
**$91**

Review adult medical surgical concepts that relate to the care of patients.

Add to cart | Learn more

### PN Adult Medical Surgical Nursing Edition 12.0
**$91**

Review adult medical surgical concepts that relate to the care of patients.

Add to cart | Learn more



### ATI TEAS Online Practice Test Package - including A & P & 90 Day App



### RN Community Health Nursing Edition 9.0



### Fundamentals for Nursing Edition 11.0

$80

Access 2 practice tests with 150 questions each, our 70-question A&P practice test and 90 Day App.

Add to cart    Learn more

$65

This Review Module offers a review of community health principles.

Add to cart    Learn more

$65

This Review Module offers basic nursing fundamental concepts.

Add to cart    Learn more



### RN Maternal Newborn Nursing Edition 12.0
$65

Review basic maternal newborn principles.

Add to cart    Learn more



### PN Maternal Newborn Nursing Edition 12.0
$65

Review basic maternal newborn principles.

Add to cart    Learn more



### RN Mental Health Nursing Edition 12.0
$65

This Review Module offers basic mental health principles.

Add to cart    Learn more



### PN Mental Health Nursing Edition 12.0
$65

This Review Module offers basic mental health principles.

Add to cart    Learn more



### Nutrition for Nursing Edition 8.0
$65

This Review Module offers basic nutrition principles.

Add to cart    Learn more



### RN Pediatric Nursing Edition 12.0
$65

This Review Module offers basic pediatric principles.

Add to cart    Learn more



### PN Pediatric Nursing Edition 12.0
$65

This Review Module offers basic pediatric principles.



### RN Pharmacology for Nursing Edition 9.0
$65

Review the safe administration and monitoring of medications.



### PN Pharmacology for Nursing Edition 9.0
$65

Review the safe administration and monitoring of medications.

Add to cart | Learn more

Add to cart | Learn more

Add to cart | Learn more



### Nursing Leadership and Management Edition 9.0
**$52**

Review decision making skills regarding managing and prioritizing care.

Add to cart | Learn more



### A&P Online Practice Test
**$49.99**

This test has 70 multiple-choice questions with a detailed score report.

Add to cart | Learn more



### Achieve
**$48**

Prepare for nursing school through an online tutorial that includes engaging video examples.

Add to cart | Learn more



### TEAS Mobile 90 Day Access
**$35.99**

Access up to 2300 questions with detailed rationale for correct and incorrect answers.

Add to cart | Learn more



### TEAS Transcript Credits
**$29.99**

Use your transcript credit to send 1 official transcript to a school of your choice.

Add to cart | Learn more



### Learning Strategies: Your Guide to Classroom and Test-Taking Success
**$29**

Prepare for the college classroom and improve your academic performance.

Add to cart | Learn more



### Active Stack® Pharmacology Flash Cards
**$26**

Including over 1,900 interactive, online flash cards covering a broad range of pharmacology content.

Add to cart | Learn more



### ATI TEAS Study Guide 2024-2025 (Printed)
**$25**  ~~$29.99~~

Explore 4 subject areas, key terms, exam tips, and 325 end-of-each-section quiz questions.

Add to cart | Learn more



### ATI TEAS Study Guide 2024-2025 (eBook)
**$20**  ~~$29.99~~

Explore 4 subject areas, key terms, exam tips, and 325 end-of-each-section quiz questions.

Add to cart | Learn more




### TEAS Mobile 30 Day Access
**$16.99**

Access up to 2300 questions with detailed rationale for correct and incorrect answers.

Add to cart | Learn more

### TEAS Exam Registration
**Price Varies**

On-campus at a school or testing center such as PSI with a in-person proctor.

Find an Exam | Learn more

### In-Person - Live Review
**Price Varies**

This in-person seminar covers essential subject areas of the NCLEX exam.

Find a Review | Learn more

### Online - Live Review
**Price Varies**

This online seminar covers essential subject areas of the NCLEX exam.

Find a Review | Learn more

---

NURSING SCHOOL RESOURCES
PRIVACY
YOUR PRIVACY CHOICES
CALIFORNIA RESIDENTS PRIVACY NOTICE
DATA PRIVACY REQUEST
TERMS AND CONDITIONS
TECHNICAL REQUIREMENTS
SITEMAP
STORE
BECOME AN ATI AFFILIATE

Copyright © 2025 Assessment Technologies Institute®, LLC. All rights reserved.