# EXHIBIT D

NOT A STUDENT? VISIT THE EDUCATOR SITE ▶





# Pharmacology Made Easy

## Pharmacology Made Easy

This interactive, media-rich tutorial was designed to teach you one of the most difficult subjects in nursing school. This program contains 13 educational modules, many of which directly address the effects of medications on the human body. Medications are presented according to their medication category. One of the special features of this program is the online tutorials, featuring video case studies of medications used in clinical settings.

By the end of this tutorial, you will be more knowledgeable about medication safety and better prepared for pharmacology in nursing.

### Modules include:

- ✔ Introduction to Pharmacology
- ✔ Infection
- ✔ Pain and Inflammation
- ✔ The Cardiovascular System
- ✔ The Endocrine System
- ✔ The Gastrointestinal System
- ✔ The Hematologic System
- ✔ The Immune System
- ✔ The Musculoskeletal System
- ✔ The Neurological System (Part 1)
- ✔ The Neurological System (Part 2)
- ✔ The Respiratory System



- The Reproductive and Genitourinary System

**$134**

BUY NOW



VIEW ALL PRODUCT SOLUTIONS

NURSING SCHOOL RESOURCES
PRIVACY
YOUR PRIVACY CHOICES
CALIFORNIA RESIDENTS PRIVACY NOTICE
DATA PRIVACY REQUEST
TERMS AND CONDITIONS
TECHNICAL REQUIREMENTS
SITEMAP
STORE
BECOME AN ATI AFFILIATE

Copyright © 2025 Assessment Technologies Institute®, LLC. All rights reserved.