# EXHIBIT E

NOT A STUDENT? VISIT THE EDUCATOR SITE ▶





# Learning Strategies: Your Guide To Classroom and Test-Taking Success

$29

**ADD TO CART**



Learning Strategies: Your Guide to Classroom and Test-Taking Success is a must read book for busy students. This research-based book is designed to help students prepare for the college classroom and improve their academic performance in college. The first chapter of the book contains a series of self-assessment inventories. The remainder of the book provides strategies for learning during lectures, creating and maintaining productive study environments, and succeeding on classroom and standardized tests.



Need help?



VIEW ALL PRODUCT SOLUTIONS

NURSING SCHOOL RESOURCES
PRIVACY
YOUR PRIVACY CHOICES
CALIFORNIA RESIDENTS PRIVACY NOTICE
DATA PRIVACY REQUEST
TERMS AND CONDITIONS
TECHNICAL REQUIREMENTS
SITEMAP
STORE
BECOME AN ATI AFFILIATE

Copyright © 2025 Assessment Technologies Institute®, LLC. All rights reserved.