# EXHIBIT F



NOT A STUDENT? VISIT THE EDUCATOR SITE ▸



# Review Module Package

The Review Modules packages contain RN and PN specialized review books with over 4,600 pages and 2,000+ exercises.

**$450 | RN PACKAGE**

**$339 | PN PACKAGE**



## Review Module Package

This Review Module package includes 8 PN or 9 RN specialized review books with over 4,600 pages of comprehensive nursing content and over 2,000 critical thinking and application exercises.



### NCLEX® Connections

NCLEX® Connections at the beginning of each unit – pointing out areas of the detailed test plan that relate to the content in that unit.

Need help?



### Active Learning Scenarios

Active Learning Scenarios are given at the end of each chapter. A nursing scenario is given, and you apply the knowledge from that chapter in that scenario.



### Quizzes & rationale

At the end of each chapter we offer quizzes with detailed rationales to help you improve retention.



### QSEN Competencies

Icons are positioned throughout the module to point out QSEN competencies.



VIEW ALL PRODUCT SOLUTIONS

NURSING SCHOOL RESOURCES
PRIVACY
YOUR PRIVACY CHOICES
CALIFORNIA RESIDENTS PRIVACY NOTICE
DATA PRIVACY REQUEST
TERMS AND CONDITIONS
TECHNICAL REQUIREMENTS
SITEMAP
STORE
BECOME AN ATI AFFILIATE

 

Copyright © 2025 Assessment Technologies Institute®, LLC. All rights reserved.