# EXHIBIT I



NOT A STUDENT? VISIT THE EDUCATOR SITE ▶

Dosage Calculation & Safe Medication Administration

Leading the way to safe medication administration

ADD TO CART | $102

# Dosage Calculation and Safe Medication Administration

Dosage Calculation and Safe Medication Administration in an online study program that includes in-depth tutorials, engaging learning activities, assessments and case studies, allowing you to master pharmaceutical math skills at their own pace. By pairing easy-to-use and easy-to-understand programs with classroom content, you will gain an understanding and practice necessary to master content and safely administer medications.

Mathematical equations are simplified through step-by-step animations that demonstrate the dosage calculation process. Through concise content and clear examples, this product uses a systematic method to boost your confidence in dosage calculations and in nursing proficiency.

## Modules include:

- ✔ Case Studies
- ✔ Critical Care Medications
- ✔ Dosage by Weight
- ✔ Injectable Medication
- ✔ Medication Administration
- ✔ Oral Medication
- ✔ Parenteral (IV) Medications


Need help?

✔ Pediatric Medications

✔ Powdered Medication

✔ Safe Medication Administration

ADD TO CART | $102

NURSING SCHOOL RESOURCES
PRIVACY
YOUR PRIVACY CHOICES
CALIFORNIA RESIDENTS PRIVACY NOTICE
DATA PRIVACY REQUEST
TERMS AND CONDITIONS
TECHNICAL REQUIREMENTS
SITEMAP
STORE
BECOME AN ATI AFFILIATE

Copyright © 2025 Assessment Technologies Institute®, LLC. All rights reserved.