# EXHIBIT J

NOT A STUDENT? VISIT THE EDUCATOR SITE ▶

## TEAS Prep Product Comparison

# Purchase a package and save.

Our study materials were meant to be used together. The packages below combine our most popular prep products at a discount so that you're 100% ready come test day.

## Compare our prep products

Comprehensive Package



$179 ~~$264~~

with code NURSESWEEK

**Offer ends on 5/12 at midnight**

**Buy Now**

Learn more

Need help?

| | |
|---|---|
| Customized TEAS Prep with SmartPrep technology | Yes |
| Total # of practice questions | 3,990 |
| Detailed answer rationales | Yes |
| # of exam-like practice tests | 3 |
| Official Study Guide | Yes |
| A&P Practice Test | Yes |
| Score report & topics to review | Yes |
| Simulate TEAS testing experience | Yes |
| Available with Print or eBook | Yes |
| # of Instructional Videos | 44 |

SmartPrep Package ⌄



$129
with code BoostSmart60
**$188 value**

Basic Package ⌄

$95
with code BoostBasic15
**$155 value**

Case 1:25-cv-10103-NMG    Document 31-10    Filed 05/12/25    Page 4 of 6

| | |
|---|---|
| **Buy Now** | **Buy Now** |
| Learn more | Learn more |
| Yes | - |
| 3,000 | 3,290 |
| Yes | Yes |
| - | 3 |
| - | Yes |
| - | Yes |
| - | Yes |
| - | Yes |
| - | Yes |
| 44 | 0 |

## See why over 800,000 students have used ATI TEAS Prep

Do not stress! Honestly, take your time. I gave myself a month ahead of time to start studying, and it helped me so much. I honestly felt so prepared, which my grade showed!

**Emilee S**

They gave me a rundown of everything I would expect on the test. It made me more prepared for when the time came to take the test.

**Kierra J**

Pay for the ATI prep materials. I feel though [they] helped me score higher after my first try.

**Shanon B**

## Have TEAS questions?

Find answers on our ATI TEAS FAQ Center by typing your question below.

🔍 Search

Or browse our frequently asked questions.

ATI TEAS Prep products including the ATI TEAS Study Guide, ATI TEAS Online Practice Test, ATI TEAS SmartPrep, and the ATI TEAS Mobile App can solely be used to prepare for the ATI TEAS exam and all other uses are strictly prohibited. ATI TEAS Prep content cannot be copied or shared with others. Use of ATI TEAS Prep does not guarantee that you will achieve any certain score on the TEAS exam or be admitted into any program.

No returns, refunds or credits are available for ATI TEAS prep products.

NURSING SCHOOL RESOURCES

PRIVACY

YOUR PRIVACY CHOICES

CALIFORNIA RESIDENTS PRIVACY NOTICE

DATA PRIVACY REQUEST

TERMS AND CONDITIONS

TECHNICAL REQUIREMENTS

SITEMAP

STORE

BECOME AN ATI AFFILIATE

Copyright © 2025 Assessment Technologies Institute®, LLC. All rights reserved.