**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALLISON HETRICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ASCEND LEARNING, LLC,<br><br>Defendant. | Civil Action No. 1:25-cv-10103-NMG |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Allison Hetrick, by and through undersigned counsel, writes to respectfully advise the Court of Supplemental Authority issued after Plaintiff filed her Opposition to Defendant's Motion to Dismiss. *See* ECF No. 34.

Plaintiff attaches as Exhibit A an order issued in *Haines v. Cengage Learning, Inc*., No. 1:24-cv-00710-MWM-KLL (S.D. Ohio) on July 22, 2025. In this order, the Hon. Matthew W. McFarland adopted the Report and Recommendation previously issued by a Magistrate Judge in *Haines v. Cengage Learning, Inc.*, No. 1:24-cv-710, ECF No. 18, 12-16 (May 5, 2025 S.D. Ohio) (report and recommendation adopted). Judge McFarland also overruled every objection asserted by defendant Cengage Learning, Inc., objections which were referenced by Defendant in its reply in support of the pending motion to dismiss. *See* ECF Nos. 37 and 37-1.

In adopting the Report and Recommendation, Judge McFarland addressed the defendant's argument that a plaintiff bringing suit under the Video Privacy Protection

Act, 18 U.S.C. § 2710 et seq., must identify a specific video obtained by the consumer, rather than, for example, a course containing a series of videos on the same topic. The district court wrote: "[T]he Court disagrees that Plaintiff must include the specific name of the video materials." Ex. A, at 5. It noted that "the Sixth Circuit has not required such specificity." *Id*. (citing *Salazar v. Paramount Global*, 133 F.4th 642, 651-52 (6th Cir. 2025)).

Respectfully submitted,

Dated: July 22, 2025

By: /s/ *William F. Sinnott*
William F. Sinnott, BBO #547423
B. Stephanie Siegmann, BBO #638257
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
wsinnott@hinckleyallen.com
ssiegmann@hinckleyallen.com
Tel: (617) 345-9000
Fax: (617) 345-9020

## CERTIFICATE OF SERVICE

I, William Sinnott, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 22, 2025.

/s//s/ *William F. Sinnott*
William F. Sinnott, BBO #547423