UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLISON HETRICK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ASCEND LEARNING, LLC,<br><br>    Defendant. | Civil Action No. 1:25-cv-10103-NMG |

## DEFENDANT'S MOTION TO STAY DISCOVERY

Defendant Ascend Learning, LLC respectfully requests that this Honorable Court order a limited stay of discovery pending the Court's ruling on the Defendant's Motion to Dismiss Plaintiff Allison Hetrick's First Amended Class Action Complaint. (*See* Dkt. 28.)

This request is based on good cause, as detailed in the accompanying Memorandum of Law. Ascend has a pending motion before the Court that is dispositive of all claims against it; for the parties to engage in exchanging and responding to discovery requests would result in annoyance, undue burden, and costly and unnecessary expenses.

WHEREFORE, Ascend respectfully requests that this Honorable Court stay all discovery in this matter pending the Court's ruling on Ascend's Motion to Dismiss and for such other relief this Court deems just and proper.

Dated: September 5, 2025

/s/ Jennifer L. Chunias
Jennifer L. Chunias (BBO# 644980)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
T: 617.570.1000

1

F: 617.523.1231
JChunias@goodwinlaw.com

Mark David McPherson (*pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, New York 10018
T: 212.813.8869
F: 212.202.4582
MMcPherson@goodwinlaw.com

Counsel for Defendant
Ascend Learning, LLC

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I, Jennifer L. Chunias, counsel for the Defendant in the above-captioned action, hereby certify that on September 3, 2025, counsel for the Defendant conferred with counsel for the Plaintiff before filing this motion. Counsel for Plaintiff stated that he did not agree to a stay of discovery.

/s/ Jennifer L. Chunias
Jennifer L. Chunias

**CERTIFICATE OF SERVICE**

I, Jennifer L. Chunias, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 5, 2025.

/s/ Jennifer L. Chunias
Jennifer L. Chunias